# Order

Michigan Supreme Court
Lansing, Michigan

December 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156746(69)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

DAWN MARIE DIXON-BEY,
     Defendant-Appellee.

SC: 156746
COA: 331499
Jackson CC: 15-004596-FC

_____/

     On order of the Chief Justice, the motions of the Criminal Defense Attorneys of Michigan to share five minutes of defendant-appellee's oral argument time and to waive the filing fee are GRANTED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



Clerk